UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

USA

    Plaintiff,

vs.

Moshe Barmuha

    Defendant(s).

Case # 10-cr-00172-RLH-PAL-1

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____David E. Kenner_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __Encino__
   (city)
   __Los Angeles__, __California__
   (county)        (state)

2. That Petitioner is an attorney at law and a member of the law firm of __Kenner Law Firm__ with offices at __16633 Ventura Boulevard, Suite 800__
   (street address)
   __Encino__, __91436__, __(818) 995-1195__
   (city)   (zip code)   (area code + telephone number)
   __david@kennerlaw.com__
   *(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by ___Moshe Barmuha___ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since ___1/5/1968___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___California___ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

April 17, 2003
DAVID ELLIOT KENNER [#41425], 61, of Encino was suspended for one year, stayed, placed on two years of probation and was ordered to take the MPRE within one year. The order took effect April 17, 2003. Kenner stipulated to failing to file a federal income tax return for 1994, a misdemeanor. His action did not constitute moral turpitude.

2

7.    Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8.    That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF California )
COUNTY OF Los Angeles )

David E. Kenner _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Sandra Veronica Caceres
Subscribed and sworn to before me this
5th day of October, 2010

_____
Notary public or Clerk of Court

SANDRA VERONICA CACERES
Commission # 1852970
Notary Public - California
Los Angeles County
My Comm. Expires Jul 5, 2013

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate John V. Spilotro, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Spilotro & Kulla, 626 S. Third Street, Las Vegas, Nevada, 89101
(702) 385-4994

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____John V. Spilotro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  4134
Designated Resident Nevada Counsel's Signature   Bar number

**DENIED for failure to submit a properly completed form.**

Dated: November 19, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

5

Rev 07/06

## David E. Kenner Credentials (State Bar #41425)

**COURT:**
Supreme Court of United States of America
State of California

**ADDRESS:**
350 McAlister Street
San Francisco, CA 91402

**DATE OF ADMISSION:**
January 5, 1968

**COURT:**
Supreme Court of United States of America
State of Washington, DC

**ADDRESS:**
1 1st SW
Washington DC

**DATE OF ADMISSION:**
January 10, 1994

**COURT:**
United States District Court
Central District

**ADDRESS:**
312 N. Spring Street
Los Angeles, CA 90012

**DATE OF ADMISSION:**
January 5, 1968

**COURT:**
United States District Court
Eastern District of Michigan

**ADDRESS:**
231 W. Lafayette Road
Detriot, MI  48226

**DATE OF ADMISSION:**
June 1993

**COURT:**
United States Court of Appeals
Third Circuit

**ADDRESS:**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**DATE OF ADMISSION:**
August 3, 1990

**COURT:**
United States Court of Appeals
Fourth Circuit

**ADDRESS:**
1100 E, Main Street
Richmond, VA  23219

**DATE OF ADMISSION:**
November 12, 1990

**COURT:**
United States Court of Appeals
Fifth Circuit

**ADDRESS:**
600 S. Maestri Place
New Orleans, LA  70130

**DATE OF ADMISSION:**
September 22, 1971

**COURT:**
United States Court of Appeals
Sixth Circuit

**ADDRESS:**
540 Potter Stewart Courthouse
100 E. Fifth Street
Cincinnati, OH  45202

**DATE OF ADMISSION:**
March 16, 1983

**COURT:**
United States Court of Appeals
Ninth Circuit

**ADDRESS:**
95th 7th Street
San Francisco, CA  94103

**DATE OF ADMISSION:**
September 1, 1971

**COURT:**
United States Court of Appeals
Eleventh Circuit

**ADDRESS:**
56 Forsyth St. N.W.
Atlanta, Georgia  30303

**DATE OF ADMISSION:**
October 12, 1993