UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

USA

    Plaintiff,

vs.

Moshe Barmuha

    Defendant(s).

Case # 10-cr-00172-RLH-PAL-1

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Brett A. Greenfield_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Woodland Hills_____.
    (city)
___Los Angeles___, ___California___
  (county)         (state)

2. That Petitioner is an attorney at law and a member of the law firm of _____Kenner Law Firm_____ with offices at _____16633 Ventura Boulevard, Suite 800_____,
    (street address)
___Encino___, ___91436___, ___(818) 995-1195___
(city)     (zip code)     (area code + telephone number)
___brett@kennerlaw.com___.
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by _____Moshe Barmuha_____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since __12/4/2001__, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of, __California__
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Central District of California | November 2001 | 217343 |
| Supreme Court of the State of California | November 2001 | 217343 |
| U.S. District Court, District of Colorado | September 2009 | 217343 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada? (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

```
 1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
 2   FOR THE PURPOSES OF THIS CASE ONLY.
 3
 4                                                  _____
                                                         Petitioner's Signature
 5
 6   STATE OF  California  )
 7   COUNTY OF Los Angeles )
 8        Brett A. Greenfield      , Petitioner, being first duly sworn, deposes and says:
 9
10   That the foregoing statements are true.
                                                    _____
11                                                       Petitioner's Signature

12   Subscribed and sworn to before me this   Sandra Veronica Caceres
13    5th  day of  October , 2010
14   _Sandra Veronica Caceres_                      SANDRA VERONICA CACERES
          Notary public or Clerk of Court           Commission # 1852970
15                                                  Notary Public - California
                                                    Los Angeles County
16                                                  My Comm. Expires Jul 5, 2013
17
                     DESIGNATION OF RESIDENT ATTORNEY
18                   ADMITTED TO THE BAR OF THIS COURT
19                          AND CONSENT THERETO.
20
          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
21
     believes it to be in the best interests of the client(s) to designate    John V. Spilotro
22
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
23
     above-entitled Court as associate residence counsel in this action. The address of said designated
24
     Nevada counsel is:
25
     Spilotro & Kulla, 626 S. Third Street, Las Vegas, Nevada, 89101
26   (702) 385-4994
27
                          (Street, City, State, Zip Code and Telephone No.)
28
                                                  4
```

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____John V. Spilotro_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*signature*_____  4134
Designated Resident Nevada Counsel's Signature   Bar number

**DENIED for failure to comply with the Court's instructions and submit a properly completed form.**

Dated: November 19, 2010

_____*signature*_____
CHIEF UNITED STATES DISTRICT JUDGE

5

Rev 6706