# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-00172-RLH-GWF |
| vs. | ) | **O R D E R** |
| MOSHE BARMUHA, | ) | (Motion Pursuant to 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody–#258) |
| Defendant. | ) | |

Before the Court is Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#258, filed October 27, 2014) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#258) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of the entry this Order.  Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: October 29, 2014.

_____
**Roger L. Hunt
United States District Judge**