UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00172-RLH-GWF |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | (Request for Leave - #269) |
| MOSHE BARMUHA, | ) | |
| Defendant. | ) | |

    Before the Court is Defendant Moshe Barmuha's Request for Leave to File Affidavit in Support of Motion Under § 2255 (#269) filed on January 23, 2015. Attached to the Request for Leave is a three-page affidavit written in the Hebrew language. The Court ORDERS that the U.S. District Court Clerk's Office procure a translator to translate the affidavit into the English language.

    Dated: February 2, 2015.

                                                      _____
                                                      **ROGER L. HUNT**
                                                      **United States District Judge**